# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN HUNTER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO.: 19-cv-04838** |
| | : | |
| **M-B COMPANIES, INC., a/k/a,** | : | |
| **M-B COMPANIES OF WISCONSIN,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this ___20th___ day of July, 2020, based upon the Court's consideration of the Parties' Joint Motion for Approval of FLSA Settlement (ECF No. 22), and for the reasons set forth in the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. The Joint Motion (ECF No. 22) is **GRANTED** and the Settlement Agreement (ECF No. 22-1) is **APPROVED** as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*;

2. This action is **DISMISSED WITH PREJUDICE** as settled, although this Court shall retain jurisdiction over this action for the purposes of overseeing and/or resolving any disputes arising from the implementation or administration of the settlement terms for 180 days.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge